Miriam H. Mays, Respondent, v. Alexis T. Mays, Defendant, Appellant. Elizabeth M. Wanda, Appellant.

Argued December 5, 1938; decided January 3, 1939.

*Henry D. Valentine* for defendant, appellant.

*William A. Hyman* for Elizabeth M. Wanda, appellant.

*Maurice Edelbaum* and *Charles Rothenberg* for respondent.

Judgment affirmed; no opinion.

Concur: O'BRIEN, HUBBS, FINCH and RIPPEY, JJ. Dissenting: CRANE, Ch. J., LEHMAN and LOUGHRAN, JJ.